IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SANDRA LEE HALL
VERCROUSE,

      Appellant,

v.

GARY ALAN VERCROUSE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4948

Opinion filed August 6, 2014.

An appeal from the Circuit Court for Santa Rosa County.
John L. Miller, Judge.

Sandra Lee Hall Vercrouse, pro se, Appellant.

Gary Vercrouse, pro se, Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., WOLF, and WETHERELL, JJ., CONCUR.